# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MONIKA MCCOMB**, <br> Plaintiff <br> <br> v. <br> <br> **BLUESTEM BRANDS INC. D/B/A FINGERHUT,** <br> Defendant | ) <br> ) <br> ) <br> ) Case No.: **1:17-cv-08363** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.


Dated: January 31, 2018      BY: */s/ Amy L. Bennecoff Ginsburg*
                             Amy L. Bennecoff Ginsburg, Esquire
                             Kimmel & Silverman, P.C.
                             30 E. Butler Avenue
                             Ambler, PA 19002
                             Phone: (215) 540-8888
                             Facsimile: (877) 788-2864
                             Email: aginsburg@creditlaw.com
                             Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of January, 2018, a true and correct copy of the foregoing pleading was served via ECF to the below:

Fingerhut / Bluestem Brands
7075 Flying Cloud Drive
Eden Prairie MN 55344

| | |
|---|---|
| Dated: <u>January 31, 2018</u> | BY: <u>*/s/ Amy L. Benncoff Ginsburg*</u> |
| | Amy L. Bennecoff Ginsburg, Esquire |
| | Kimmel & Silverman, P.C. |
| | 30 E. Butler Avenue |
| | Ambler, PA 19002 |
| | Phone: (215) 540-8888 |
| | Facsimile: (877) 788-2864 |
| | Email: aginsburg@creditlaw.com |
| | Attorney for the Plaintiff |