IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MONIKA MCCOMB**, | )<br>)<br>) |
| Plaintiff | )<br>)<br>) **Case No.: 1:17-cv-08363** |
| v. | )<br>)<br>)<br>) |
| **BLUESTEM BRANDS INC. D/B/A FINGERHUT,** | )<br>) |
| Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: <u>March 20, 2018</u>

BY: <u>*/s/ Amy L. Bennecoff Ginsburg*</u>
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 20th day of March, 2018, a true and correct copy of the foregoing pleading served via mail to the below:

Fingerhut / Bluestem Brands
7075 Flying Cloud Drive
Eden Prairie MN 55344
Phone: (800) 503-2462

                                               */s/ Amy L. Bennecoff Ginsburg*
                                               Amy L. Bennecoff Ginsburg, Esquire
                                               Kimmel & Silverman, P.C
                                               30 East Butler Pike
                                               Ambler, PA 19002
                                               Phone: (215) 540-8888
                                               Facsimile: (215) 540-8817
                                               Email: aginsburg@creditlaw.com
                                               Attorney for Plaintiff